September 12, 2008

Mr. Richard Kevin Spencer
Spencer & Waterbury
2501 Oak Lawn Ave., Ste. 295-LB 50
Dallas, TX 75219

Mr. Scott Pelley
Nall Pelley & Wynne
P. O. Box 2228
Sherman, TX 75091-2228

Mr. Jay H. Henderson
Cruse Scott Henderson & Allen L.L.P.
2777 Allen Parkway, 7th Floor
Houston, TX 77019
Mr. Rickey J. Brantley
Jose Henry Brantley MacLean & Alvarado, L.L.P.
675 N. Henderson St.
Fort Worth, TX 76107

Ms. Virginia Nelson Hammerle
The Hammerle Law Firm
2220 San Jacinto Blvd., Suite 200
Denton, Tx 76205-7540

RE: Case Number: 08-0501
 Court of Appeals Number: 02-05-00143-CV
 Trial Court Number: GA-2001-00196

Style: IN THE MATTER OF THE GUARDIANSHIP OF KATHRYN HOUSEWORTH GIBBS,
 AN INCAPACITATED PERSON

Dear Counsel:

 Today the Supreme Court of Texas granted Kenneth Vern Gibbs, et al.'s
Motion to Abate and issued the enclosed abatement order in the above-
referenced case.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. Stephanie |
| |Robinson |
| |Ms. Cynthia |
| |Mitchell |
| |Ms. S. Camille |
| |Milner |